SEALED

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2009 DEC 16 AM 10: 49
DEPUTY CLERK RP

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**LIBERTY MEDIA HOLDINGS, L.L.C.**
**A California Limited Liability Co.,**

**Plaintiff,**

**VERSUS**

**HOTFILE.COM,**
**A Foreign (Panama) Corporation,**
**ANTON TITOV,**
**A Foreign Individual,**
**WEBAZILLA, L.L.C.,**
**A Florida Limited Liability Company,**
**WEBAZILLA, B.V.,**
**A Foreign (Dutch) Corporation,**
**MONIKER ONLINE SERVICES,**
**A Florida Limited Liability Company**
**LIMELIGHT NETWORKS,**
**An Arizona Corporation**
**JOHN DOE, numbers 1-500,**
**Presently unknown Defendants.**

**Defendants.**

**TRIAL COURT CAUSE #:** 3-09CV2396-D

ORIGINAL

**DOCUMENT FILED UNDER SEAL**

***PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER, AN ORDER FOR SEIZURE BY AUDIT, AN ORDER FOR EXPEDITED DISCOVERY, AND AN ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION***

**LEAD COUNSEL:**
Marc J. Randazza, Esq.
302 Washington Street, Suite 321
San Diego, CA 92103
Telephone:619-866-5975
Facsimile: 619-866-5976
Electronic Mail: marc@corbinfisher.com
Massachusetts Bar Card No.: 651477
Florida Bar Card No.: 625566
Admitted to practice before the
United States District Court
Northern District of Texas

**LOCAL COUNSEL:**
Gary P. Krupkin, Esq.
1116 Commerce Drive
Richardson, Texas 75081
Telephone: 972-261-8284
Facsimile: 972-671-3671
Electronic Mail: krupkinlaw@gmail.com
Texas Bar Card No.: 00790010
Admitted to practice before the
United States District Court
Northern District of Texas



## ***TABLE OF CONTENTS***

| SECTION | DESCRIPTION | PAGE |
|---|---|---|
| | Cover Sheet........................................................ | 1 |
| | Preamble............................................................ | 3 |
| | Subscription of Attorneys.................................... | 4 |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**LIBERTY MEDIA HOLDINGS, L.L.C.** *
**A California Limited Liability Co.,** *
*
**Plaintiff,** *
*
**VERSUS** *
*
**HOTFILE.COM,** *
**A Foreign (Panama) Corporation,** * **TRIAL COURT CAUSE #:**
**ANTON TITOV,** *
**A Foreign Individual,** * ______________________
**WEBAZILLA, L.L.C.,** *
**A Florida Limited Liability Company,** *
**WEBAZILLA, B.V.,** *
**A Foreign (Dutch) Corporation,** *
**MONIKER ONLINE SERVICES,** *
**A Florida Limited Liability Company** *
**LIMELIGHT NETWORKS,** *
**An Arizona Corporation** *
**JOHN DOE, numbers 1-500,** *
**Presently unknown Defendants.** *
*
**Defendants.** *
*

**DOCUMENT FILED UNDER SEAL**

***PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER FOR SEIZURE BY AUDIT, ORDER FOR EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION***

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW, LIBERTY MEDIA HOLDINGS, L.L.C.** (hereinafter, Plaintiff "LMH") by and through its undersigned Counsel, **MARC RANDAZZA, ESQ.**, an attorney licensed to practice law in the States of Massachusetts and Florida and admitted to practice before the United States District Court, Northern District of Texas, and **GARY P. KRUPKIN, ESQ.**, an attorney licensed to practice law in the State of Texas and before the United States District Court, Northern District of

Texas, and file this, its ***Ex parte Application For Temporary Restraining Order, Order for Seizure by Audit, Order for Expedited Discovery, and Order to Show Cause Re: Preliminary Injunction,*** in the above-entitled and -numbered cause of action. The Plaintiff respectfully requests the relief requested herein. For just cause, the Plaintiff would show the Court as follows:

The grounds for this Application are set forth in the Memorandum of Law and Declaration of Marc J. Randazza submitted herewith.

Respectfully submitted,

**LEAD COUNSEL:**
Marc J. Randazza, Esq.
302 Washington Street, Suite 321
San Diego, CA 92103
Telephone:619-866-5975
Facsimile: 619-866-5976
Electronic Mail: marc@corbinfisher.com
Massachusetts Bar Card No.: 651477
Florida Bar Card No.: 625566
Admitted to practice before the
United States District Court
Northern District of Texas

**LOCAL COUNSEL:**
Gary P. Krupkin, Esq.
1116 Commerce Drive
Richardson, Texas 75081
Telephone: 972-261-8284
Facsimile: 972-671-3671
Electronic Mail: krupkinlaw@gmail.com
Texas Bar Card No.: 00790010
Admitted to practice before the
United States District Court
Northern District of Texas