IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LIBERTY MEDIA HOLDINGS, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:09-CV-2396-D |
| VS. | § | **SEALED ORDER** |
| | § | |
| HOTFILE.COM, et al., | § | |
| | § | |
| Defendants. | § | |

# ORDER

In an order filed January 12, 2010, the court established deadlines for the parties to file materials supporting and opposing the application of plaintiff Liberty Media Holdings, L.L.C. ("Liberty") for a preliminary injunction. Because the court granted Liberty's application for a temporary restraining order ("TRO"), and, absent defendants' agreement, the TRO cannot extend past February 9, 2010, the court accelerated the usual schedule for briefs and evidence submissions. The court established January 25, 2010 as the date by which Liberty must file its supporting materials and a separate brief, February 4, 2010 as the date by which defendants must file their opposition materials and a separate brief, and February 8, 2010 as the date by which Liberty must file any reply brief.

Liberty's counsel has advised the court by letter of a family emergency and has requested a 10-day extension of the briefing and reply deadlines. The court grants the request to the extent of extending the deadline for Liberty's initial submission. Because, absent defendants' agreement, the TRO cannot extend past February 9, 2010, the court cannot extend the reply deadline past February 8, 2010.

Accordingly, the court modifies the deadlines specified in its January 12, 2010 order so that Liberty's initial evidence submission and brief are now due February 1, 2010, defendants' opposition materials and brief are now due February 5, 2010, and Liberty's reply brief is due February 8, 2010. If defendants agree to extend the TRO, the court will relax these deadlines accordingly.

**SO ORDERED**.

January 20, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE